No. 6,047.—R. H. LEE, RESPONDENT, *v.* C. R. STIFFLER ET AL., DEFENDANTS; ROSE BORIES, APPELLANT.

*Appeal from Wheatland County; W. F. Ford, Judge.*

Decided October 25, 1926.

PER CURIAM.—Respondent's motion to dismiss the appeal of Rose Bories herein for failure to serve and file an undertaking on appeal within the time prescribed by section 9733, Revised Codes of 1921, or to serve and file her brief within the time prescribed by section 2 of Rule X of the Rules of this court, is sustained.

*Mr. L. R. Daems,* for Respondent.

---

No. 6,052.—STATE EX REL. E. L. TODD, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition directed against the District Court of the Sixth Judicial District in and for the County of Park, and H. J. Miller, Judge thereof, to restrain respondents court and judge from permitting certain evidence secured under a search-warrant to be used in a criminal action against relator.

Decided November 10, 1926.

PER CURIAM.—Upon motion of counsel and for good cause shown the above proceeding is dismissed.